**No. 62316.**—International Packers, Ltd. *v.* United States, protests 289802–K, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 62317.**—F. L. Kraemer & Co. *v.* United States, protests 112972–K, 112973–K, and 112974–K (Tampa).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of flavoring sirup, composed of a mixture of sugar, water, flavoring, and coloring matter, in chief value of invert sugar, having a minus polariscopic reading the same in all material respects as that the subject of *United States* v. *Jovita Perez et al.* (44 C. C. P. A. 35, C. A. D. 633), the claim of the plaintiff was sustained.

**No. 62318.**—Hagen & Strandgaard, Inc., and Harper, Robinson & Co., Agts., et al. *v.* United States, protests 296647–K, etc. (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 Cust. Ct. 669, C. A. D. 669), the claim at 20 percent or at 19 percent under the provision in paragraph 412, as modified, for "Furniture, * * * Chairs," was sustained. The items marked "B," stipulated to consist of furniture the same as that in C. A. D. 669, *supra*, were held dutiable at 12½ percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.